**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
***Counsel for Trans Union LLC***

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YVONNE HALL,<br><br>            Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>            Defendant. | Case No. 2:19-cv-00338-JAD-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Yvonne Hall ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On February 26, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is March 20, 2019. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

///

1                                                                     KB/26111

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including April 10, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED this 18th day of March, 2019.

      **ALVERSON TAYLOR & SANDERS**

      /s/ Trevor R. Waite
      KURT R. BONDS, ESQ.
      Nevada Bar #6228
      TREVOR R. WAITE, ESQ.
      Nevada Bar #13779
      6605 Grand Montecito Parkway, Suite 200
      Las Vegas, Nevada 89149
      (702) 384-7000
      efile@alversontaylor.com
      *Counsel for Trans Union LLC*

      **HAINES & KRIEGER, LLC**

      /s/ David H. Krieger
      David H. Krieger, Nevada Bar No. 9086
      8985 S. Eastern Avenue, Suite 350
      Henderson, NV 89123
      Telephone: (702) 880-5554
      Facsimile: (702) 383-5518
      Email: dkrieger@hainesandkrieger.com
      *Counsel for Plaintiff*

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __26__ day of __March__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

N:\kurt.grp\CLIENTS\26100\26111\pleadings\Hall Yvonne-Ext of Time to Respond to P's Complaint Order.doc